UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 5:10-34-KKC |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM, OPINION,** |
| | ) | **AND ORDER** |
| | ) | |
| JAMES ROBERT WEST, | ) | |
| Defendant | ) | |

\*\*\*\*\*\*\*\*\*

This matter is before the Court on West's motion for re-sentencing and to appoint counsel. (DE 57). Consistent with the Court's Order entered on October 16, 2013, (DE 56) denying West's request to appoint counsel, the Court lacks jurisdiction to provide West with the relief he seeks, and West's motion (DE 57) is denied. Federal Rule of Criminal Procedure thirty five provides that, except under the specific circumstances of subsection b, a court may only "correct a sentence that resulted from arithmetical, technical, or other clear error," within fourteen days after sentencing. West was sentenced in 2010, and he has gone through the appeals process. West had appointed counsel to pursue his appeal. (DE 44). The Sixth Circuit affirmed the district court's judgment. (DE 50). Thus, even if there were some error in sentencing, this Court lacks jurisdiction to decide such a request.

Accordingly, West's motion to re-sentence and appoint counsel is DENIED.

This 7th day of November, 2013.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY